# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SMART RF INC., *Plaintiff,* v. AT&T MOBILITY LLC, *Defendant.* | Civil Action No. 2:24-cv-00195<br><br>Jury Trial Demanded<br><br>**CONSOLIDATED LEAD CASE** |
| SMART RF INC., *Plaintiff,* v. CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, *Defendant.* | Civil Action No. 2:24-cv-00196<br><br>Jury Trial Demanded |
| SMART RF INC., *Plaintiff,* v. T-MOBILE US, INC., T-MOBILE USA, INC., SPRINT LLC, SPRINT SOLUTIONS LLC, AND SPRINT SPECTRUM LLC, *Defendants.* | Civil Action No. 2:24-cv-00197<br><br>Jury Trial Demanded |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Smart RF, Inc. and Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, T-Mobile US., Inc., T-Mobile USA, Inc., Sprint LLC, Sprint Solutions LLC, and Sprint Spectrum LLC file this Joint Motion for Entry of Agreed Protective Order.

Having agreed upon the terms of the Protective Order and having shown the requisite good cause, the parties respectfully request the Court grant this Motion and enter the Proposed Protective Order attached hereto.

| | |
|---|---|
| Dated: June 24, 2024 | Respectfully submitted, |
| /s/ Jon Rastegar | /s/ Matthew Yungwirth (with permission) |
| Patrick J. Conroy<br>Texas Bar No. 24012448<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Ryan P. Griffin<br>Texas Bar No. 24053687<br>Nathan L. Levenson<br>Texas Bar No. 24097992<br>**NELSON BUMGARDNER CONROY PC**<br>2727 N. Harwood Street, suite 250<br>Dallas, Texas 75201<br>jon@nelbum.com<br>pat@nelbum.com<br>ryan@nelbum.bom<br>nathan@nelbum.com<br><br>*Attorneys for Plaintiff Smart RF Inc.* | Jacob K. Baron, Esq.<br>MA Bar No.: 652568<br>Email: jacob.baron@hklaw.com<br>Joshua C. Krumholz, Esq.<br>(LEAD COUNSEL)<br>(*Pro hac vice*)<br>MA Bar No.: 552573<br>Email: joshua.krumholz@hklaw.com<br>Jacob W. S. Schneider, Esq.<br>(*Pro hac vice*)<br>MA Bar No.: 675315<br>Email: jacob.schneider@hklaw.com<br>Allison M. Lucier, Esq.<br>(*Pro hac vice*)<br>MA Bar No.: 569193<br>Email: allison.lucier@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>10 Saint James Avenue; 11th Floor<br>Boston, MA 02116<br>Telephone: 617-523-2700<br>Facsimile: 617-523-6850<br><br>Matthew S. Yungwirth<br>msyungwirth@duanemorris.com<br>Glenn D. Richeson<br>gdricheson@duanemorris.com<br>**DUANE MORRIS LLP**<br>1075 Peachtree St, Ste. 1700<br>Atlanta, GA. 30309-3929<br>msyungwirth@duanemorris.com<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>E-mail: ddacus@dacusfirm.com<br>**THE DACUS FIRM, P.C**.<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>903-705-1117 (phone)<br>903-581-2543 (fax) |

- 3 -

*Attorneys for Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, T-Mobile US, Inc., T-Mobile USA, Inc., Sprint LLC, Sprint Solutions LLC, Sprint Spectrum LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The motion is agreed.

*/s/ Jon Rastegar*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Jon Rastegar*