THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SMART RF INC. | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00195-JRG |
| | § | (Lead Case) |
| AT&T MOBILITY LLC, *et al* | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
June 12, 2025

**OPEN:** 1:30 p.m.                                                                 **ADJOURN:** 3:06 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Charles Everingham |
| | Jon Rastegar |
| | Nathan Levenson |
| ATTORNEYS FOR DEFENDANTS: | Matthew Yungwirth |
| | Robert Jain |
| TECHNICAL ADVISOR: | Scott Woloson |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Karen Tyler |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Charles Everingham introduced co-counsel and announced ready. Matthew Yungwirth and Robert Jain announced ready.

The Court heard argument on a term-by-term basis. Jon Rastegar presented argument on behalf of Plaintiff. Robert Jain and Matthew Yungwirth presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.