# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SMART RF INC., *Plaintiff,* v. AT&T MOBILITY LLC, *Defendant.* | Civil Action No. 2:24-cv-00195 <br><br> Jury Trial Demanded <br><br> **CONSOLIDATED LEAD CASE** |
| SMART RF INC., *Plaintiff,* v. CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, *Defendant.* | Civil Action No. 2:24-cv-00196 <br><br> Jury Trial Demanded |
| SMART RF INC., *Plaintiff,* v. T-MOBILE US, INC., T-MOBILE USA, INC., SPRINT LLC, SPRINT SOLUTIONS LLC, AND SPRINT SPECTRUM LLC, *Defendants.* | Civil Action No. 2:24-cv-00197 <br><br> Jury Trial Demanded |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion to Dismiss Under Rule 41 ("the Motion").

Having considered the Motion, the Court finds that it should be and hereby is GRANTED.

Accordingly, it is ORDERED that Plaintiff's claims of infringement of all asserted claims of U.S.

2

Patent No. 7,035,345, Plaintiff's claims of infringement of claims 3 and 10 of U.S. Patent No. 8,767,857, and Defendants' corresponding counterclaims and affirmative defenses, are hereby dismissed WITHOUT PREJUDICE.

So ORDERED and SIGNED this ___ day of __, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE