# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SMART RF INC., *Plaintiff,* v. AT&T MOBILITY LLC, *Defendant.* | Civil Action No. 2:24-cv-00195 <br><br> Jury Trial Demanded <br><br> **CONSOLIDATED LEAD CASE** |

## ORDER

Before the Court is Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent No. 9,641,204.

Having considered the Motion, the Court concludes that Defendants have shown good cause for the requested relief, and the Motion is hereby **GRANTED.**