IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART RF INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AT&T MOBILITY LLC, <br><br> *Defendant.* | Civil Action No. 2:24-cv-00195 <br><br> Jury Trial Demanded <br><br> **CONSOLIDATED LEAD CASE** |
| SMART RF INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendant.* | Civil Action No. 2:24-cv-00196 <br><br> Jury Trial Demanded |
| SMART RF INC., <br><br> *Plaintiff,* <br><br> v. <br><br> T-MOBILE US, INC., T-MOBILE USA, INC., SPRINT LLC, SPRINT SOLUTIONS LLC, AND SPRINT SPECTRUM LLC, <br><br> *Defendants.* | Civil Action No. 2:24-cv-00197 <br><br> Jury Trial Demanded |

**DECLARATION OF JANSON H. WESTMORELAND IN SUPPORT OF SMART RF'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS AND TO EXCLUDE TESTIMONY OF JAMES PROCTOR**

1

Pursuant to 28 U.S.C. § 1746, I, Janson H. Westmoreland, declare as follows:

1. My name is Janson H. Westmoreland. I am an attorney with the law firm of Nelson Bumgardner Conroy P.C., counsel of record for Plaintiff Smart RF Inc. ("Smart RF") in connection with the above-captioned matter.

2. I submit this declaration in support of Smart RF's Reply in Support of Its Motion to Strike Portions of the Expert Reports and to Exclude Testimony of James Proctor. I have personal knowledge of the facts and statements herein. I am competent to testify to the matters stated in this declaration, and each of the facts and statements set forth below is true and correct.

3. Attached as Exhibit H is a true and correct copy of excerpts from the Rebuttal Expert Report of Vijay Madisetti submitted by Smart RF in this case on August 8, 2025. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

4. Attached as Exhibit I is a true and correct copy of Merriam-Webster's definition of "coextensive" available at https://www.merriam-webster.com/dictionary/coextensive and last accessed by counsel for Smart RF on September 15, 2025. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

5. Attached as Exhibit J is a true and correct copy of excerpts from the Expert Report of Vijay Madisetti Concerning AT&T Mobility LLC's Infringement of U.S. Patent Nos. 7,035,354; 8,078,561; 8,767857; 9,641,204; and 10,958,296 submitted by Smart RF in this case on July 8, 2025. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

6. Attached as Exhibit K is a true and correct copy of excerpts from a technical document produced in this case by Defendants as DEFS-SRF-EXPERT_0000130 – DEFS-SRF-

EXPERT_0000211. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2025

*/s/ Janson Westmoreland*
Janson H. Westmoreland