# Exhibit I

# coextensive

 merriam-webster.com/dictionary/coextensive

Synonyms of *coextensive*

: having the same spatial or temporal scope or boundaries

coextensively adverb

- coinciding
- coincident
- overlapping
- underlying
- coterminous

See All Synonyms & Antonyms in Thesaurus

South Dakota's Todd County is *coextensive* with the Rosebud Sioux Reservation.

the golden age of Dutch culture was roughly *coextensive* with the Netherlands' reign as a world power

Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

Beyond this subset of works, the chipmunk paintings are also *coextensive* with the entire body and thrust of her production. —Sarah Lehrer-Graiwer, *Artforum*, 1 Oct. 2024 Being online was not *coextensive* with being alive. —*Harper's Magazine* , 22 June 2022

First Known Use

1679, in the meaning defined above

Time Traveler

The first known use of *coextensive* was in 1679

See more words from the same year

coextension
coextensive

coextruded

[See all Nearby Words](#)

"Coextensive." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/coextensive. Accessed 9 Sep. 2025.

Copy Citation

**:** having the same length or boundaries in space or time

coextensively adverb

Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

[Merriam-Webster unabridged](#)





3/3

[See Definitions and Examples](#) »


Get Word of the Day daily email!