**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SMART RF INC., | § | |
| *Plaintiff*, | §<br>§ | |
| v. | §<br>§ | Case No. 2:24-cv-00195-JRG-RSP |
| AT&T MOBILITY LLC, | §<br>§ | (Lead Case) |
| *Defendant*. | §<br>§ | |
| | § | |

## ORDER ADOPTING

The Parties each filed Cross Motions for Summary Judgment of Invalidity of U.S. Patent No. 8,078,561 (Dkt. No. 112) and Partial Summary Judgment of Validity (Dkt. No. 113). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 303), recommending granting-in-part Plaintiff's Validity Motion and denying Defendants' Invalidity Motion. Defendants have now filed Objections (Dkt. No. 310), and Plaintiff have also filed objections (Dkt. No. 311). No responses were filed by either party.

After conducting a *de novo* review of the briefing on the Motions for Summary Judgment, the Report and Recommendation, and the briefing on each Party's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** each Party's Objections and **ADOPTS** the Report and Recommendation. The Court **ORDERS** that Plaintiff's Motion for Summary Judgment of Validity of U.S. Patent No. 8,078,561 (Dkt. No. 113) is **GRANTED** as to Defendants' enablement theories for claims 1, 2, 3, 6, 7, 11, and 15 of the '561 Patent.  Dkt. No. 113 is otherwise **DENIED**.  The Court further **ORDERS** that Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent No. 8,078,561 (Dkt. No. 112) is **DENIED**.

**So ORDERED and SIGNED this 7th day of July, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE