**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SMART RF INC., | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:24-cv-00195-JRG-RSP |
| v. | § | |
| | § | |
| AT&T MOBILITY LLC, | § | (Lead Case) |
| *Defendant*. | § | |

## ORDER

Defendants previously filed a Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,767,857 (Dkt. No. 114.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 304), recommending denial of Defendants' Motion for Summary Judgment. Defendants have now filed Objections (Dkt. No. 312), Plaintiff has not filed a response.

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,767,857 (Dkt. No. 114) is **DENIED**.

**So ORDERED and SIGNED this 7th day of July, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE