# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SMART RF INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CASE NO. 2:24-CV-00195-JRG-RSP |
| v. | § | |
| | § | (LEAD CASE) |
| AT&T MOBILITY LLC, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant's Motion to Continue Trial Date. (Dkt. No. 315 ("Motion").) In the Motion, Defendant argues that Ms. Kindler, Defendant's damages expert, is scheduled to be on vacation from July 2, 2026 to July 19, 2026 during the Court's July trial setting. Defendant represents that Ms. Kindler's accommodations are non-refundable, and that Ms. Kindler is scheduled to testify in other trials later this year. Defendant also represents that Ms. Kindler is a mother of three children who will be traveling with her along with friends of her children, and that she is the only adult who will be attending.

Having considered the Motion and related briefing, the Court finds that Defendant's Motion should be, and hereby is, **DENIED**. The Court does not find that Ms. Kindler's personal vacation travel establishes good cause to postpone this trial; the conflict was foreseeable and does not merit a continuance.

**So ORDERED and SIGNED this 7th day of July, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE